# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 30, 2012

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

143984

PEOPLE OF THE STATE OF MICHIGAN,
        Plaintiff-Appellee,

v

KENDRICK TREMAINE LEE,
        Defendant-Appellant.

SC: 143984
COA: 305695
Oakland CC: 2010-233894-FH

_____/

On order of the Court, the application for leave to appeal the September 26, 2011 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 30, 2012

Clerk

d0123